UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*electronically filed*

| | |
|---|---|
| MICHAEL FRENCH ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:19-cv-436-DJH |
| ) | |
| THE CHEMOURS COMPANY, ) | |
| ET AL. ) | |
| ) | |
| DEFENDANTS ) | |

### **THE CHEMOURS COMPANY AND THE CHEMOURS COMPANY FC, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, The Chemours Company and The Chemours Company FC, LLC, by counsel, state the following:

The Chemours Company is a Delaware corporation with a principal place of business in Delaware. Publicly held corporation Fidelity Management & Research Company owns ten percent or more of The Chemours Company's stock and publicly held corporation The Vanguard Group, Inc. owns ten percent or more of The Chemours Company's stock.

The Chemours Company FC, LLC states that it is a Delaware limited liability company with a principal place of business in Delaware. The Chemours Company is the sole member of The Chemours Company FC, LLC. The Chemours Company is a publicly held corporation.

Respectfully submitted,

*/s/ Julie Laemmle Watts*
Donald J. Kelly
dkelly@wyattfirm.com
Julie Laemmle Watts
jwatts@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY 40202-2898
(502) 589-5235

***Counsel for Defendants, The Chemours Company and The Chemours Company FC, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 19th day of June, 2019, the foregoing was filed with the clerk using the Court's CM/ECF System,

| | |
|---|---|
| Wilson W. Greene | Charles Pritchett |
| wgreene@tglf.net | cpritchett@fbtlaw.com |
| THE GREENE LAW FIRM, PLLC | Liam E. Felsen |
| 6004 Brownsboro Park Boulevard, Ste. E | lfelsen@fbtlaw.com |
| Louisville, KY 40207 | FROST BROWN TODD LLC |
| *Counsel for Plaintiff* | 400 W. Market Street, Ste. 3200 |
| | Louisville, KY 40202 |
| | *Counsel for Defendants, DuPont Industrial Biosciences USA LLC and DuPont Specialty Products USA LLC* |

*/s/ Julie Laemmle Watts*
**One of Counsel for Defendants**

61849225.1

2