**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

*Filed Electronically*

| | |
|---|---|
| MICHAEL FRENCH            ) | |
|        Plaintiff,      ) | |
|                           ) | |
| v.                        ) | |
|                           ) Case No. 3:19-CV-00436-CHB | |
| THE CHEMOURS COMPANY,                        ) | |
| THE CHEMOURS COMPANY FC, LLC,                ) | |
| DUPONT INDUSTRIAL BIOSCIENCES USA, LLC,      ) | |
| and                                          ) | |
| DUPONT SPECIALTY PRODUCTS USA, LLC,          ) | |
|        Defendants.              ) | |

**DUPONT INDUSTRIAL BIOSCIENCES USA, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE**

Defendant DuPont Industrial Biosciences USA, LLC, by counsel, for its disclosure in compliance with Fed. R. Civ. P. 7.1 in the action filed by Plaintiff Michael French ("Plaintiff"), states as follows:

- **Defendant DuPont Industrial Biosciences USA, LLC** is a limited liability company organized under the laws of the State of Delaware and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 974 Centre Road, Wilmington, Delaware 19805.

- Performance Specialty Products NA, LLC, a Delaware limited liability company whose principal place of business is in Delaware, is the sole member of DuPont Industrial Biosciences USA, LLC.

- DuPont de Nemours, Inc. (formerly DowDuPont Inc.), a Delaware corporation whose principal place of business is in Delaware, is the sole member of Performance Specialty Products NA, LLC.

- DuPont de Nemours, Inc. is a publicly held company.

2

Respectfully Submitted,


*/s/* **Liam E. Felsen**
Charles M. Pritchett
Liam E. Felsen
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY  40202
Phone: (502) 589-5400
Fax: (502) 581-1087
cpritchett@fbtlaw.com
lfelsen@fbtlaw.com
*Counsel for Defendants,*
*DuPont Industrial Biosciences USA, LLC and*
*DuPont Specialty Products USA, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 25, 2019, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all registered CM/ECF participants:

Wilson W. Greene
THE GREENE LAW FIRM, PLLC
6004 Brownsboro Park Blvd., Suite E
Louisville, KY 40207
Phone: (502) 589-6219
Fax: (502) 897-8955
*Counsel for Plaintiff*

Donald J. Kelly
Julie Laemmle Watts
WYATT TARRANT & COMBS LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
Phone: (502) 562-7327
Fax: (502) 589-0309
dkelly@wyattfirm.com
jwatts@wyattfirm.com
*Counsel for Defendants,*
*The Chemours Company and*
*The Chemours Company FC, LLC*

                                            */s/* **Liam E. Felsen**
                                            *Counsel for Defendants,*
                                            *DuPont Industrial Biosciences USA, LLC and*
                                            *DuPont Specialty Products USA, LLC*

EN10952.Public-10952  4845-9509-0329v1