UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Civil Action NO. 3:19-cv-436-DJH

MICHAEL FRENCH      PLAINTIFF

v.

THE CHEMOURS COMPANY, et al,      DEFENDANTS

\* \* \* \* \*

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Comes the Plaintiff, Michael French, for his Rule 26(a)(1) disclosures, states as follows:

1.     26(a)(1)(A)(i)-All individuals likely to have discoverable information

(a)     Michael French

Mr. French will likely testify as to the facts and circumstances surrounding his chemical exposure and inhalation. Mr. French will likely testify regarding the nature and extent of the injuries he has sustained as a result of his chemical exposure and inhalation. Additionally, Mr. French will likely testify regarding the nature and extent of his medical care and treatment, the fact that he has been advised to cease employment transporting chemicals, the amount of medical expenses incurred, as well as any additional economic damages he has sustained.

(b)     Donna French

Mrs. French is the wife of Michael French and will likely testify regarding the nature and extent of her husband's injuries, the changes in his physical demeanor and capabilities following his chemical exposure and inhalation, and the changes in their relationship as a result of her husband's chemical exposure and inhalation.

(c)     Dr. Benjamin Smith, MD
Breckinridge Primary Care
107 Old Highway 60
Hardinsburg, KY 40143

Dr. Smith is a treating provider of the Plaintiff and provided care and treatment for Mr. French following his inhalation and chemical exposure. Dr. Smith will likely provided testimony regarding his care and treatment of the Plaintiff, whether the injuries sustained by the Plaintiff were caused by his chemical exposure and inhalation, the nature and extent of his medical care and treatment, the reasonableness of the charges, any permanent injuries or impairments sustained by the Plaintiff, whether any future medical care or treatment is required as a result of the injuries, and the anticipated cost of any future medical care or treatment required by the Plaintiff.

(d)  William Cundiff, D.O.
Pulmonary and Critical Care
2407 Ring Rd.
Suite 108
Elizabethtown, KY 42701

Dr. Cundiff is a treating provider of the Plaintiff and provided pulmonary care and treatment for Mr. French following his inhalation and chemical exposure. Dr. Cundiff will likely provided testimony regarding his care and treatment of the Plaintiff, whether the injuries sustained by the Plaintiff were caused by his chemical exposure and inhalation, the nature and extent of his medical care and treatment, the reasonableness of the charges, any permanent injuries or impairments sustained by the Plaintiff, whether any future medical care or treatment is required as a result of the injuries, and the anticipated cost of any future medical care or treatment required by the Plaintiff.

(e)  Employees of Defendant
Mr. French sustained injuries from his chemical exposure. Following his acute exposure, Mr. French was tended to by employees of Defendants. It is expected that as this matter continues and discovery progresses, these individuals will be identified and able to provide testimony regarding the cause of the chemical leak, their actions in response to the chemical leak, and their involvement with Mr. French following the chemical release.

(f)  Dr. Fred Rosenblum

Dr. Rosenblum performed an evaluation and examination of Michael French in relation to Mr. French's pending workers' compensation claim. Dr. French has set forth those opinions in his report and deposition testimony, which has previously been produced in this matter. Likewise, Dr. Rosenblum's opinions have been more thoroughly discussed in his workers' compensation deposition, which likewise, has previously been produced in this matter. Dr. Rosenblum will likely provided testimony regarding his care and treatment of the Plaintiff, whether the injuries sustained by the Plaintiff

were caused by his chemical exposure and inhalation, the nature and extent of his medical care and treatment, the reasonableness of the charges, any permanent injuries or impairments sustained by the Plaintiff, the nature of those impairments, whether any future medical care or treatment is required as a result of the injuries, and the anticipated cost of any future medical care or treatment required by the Plaintiff.

2. <u>26(a)(1)(A)(ii)-Documents, electronically stored information and tangible things</u>

   a. Workers' Compensation file including depositions, medical records, medical bills, wage information, and additional information regarding the workers' compensation claim.

   b. Medical and billing records of Mr. French.

These documents are available for inspection and copying at the office of The Greene Law Firm, PLLC, 6004 Brownsboro Park Boulevard, Suite E, Louisville, KY 40207 and will be produced as discovery progresses.

3. <u>26(a)(1)(A)(iii)-Damages</u>

Mr. French's damages:

| | | |
|---|---|---|
| 1) | Medical Expenses | $8,175.15 |
| 2) | Future Medical Expenses (For 20 Years) | To Be Determined |
| 3) | Lost Wages | $156,624.00 |
| 4) | Past Pain and suffering | $150,000.00 |
| 5) | Future Pain and Suffering | <u>$150,000.00</u> |
| | **Total:** | **$464,799.15** |

Plaintiffs hereby expressly reserve the right to amend or supplement their claimed damages prior to trial.

4. <u>26(a)(1)(A)(iv)-Insurance agreements</u>

At the time of his injury, Mr. French was working for Reagent Chemical and Research, who maintained workers' compensation coverage through Liberty Mutual Insurance Corporation. Following the collision, Liberty Mutual Insurance Corporation has provided payment for Mr. French's medical expenses and a portion of his time

missed from work. Additionally, litigation is on-going in the workers compensation claim and it is expected that Liberty Mutual Insurance Corporation will provide additional payments. Plaintiff, and his counsel, are unaware of any applicable insurance provisions for the Defendants.

Respectfully Submitted,

/s/ Wilson W. Greene
The Greene Law Firm, PLLC
6004 Brownsboro Park Blvd., Suite E
Louisville, KY 40207
(502) 897-8998
(502) 895-3420 (fax)
wgreene@tglf.net
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 9th day of August, 2019 served a copy of the foregoing document with the Clerk by using the CM/ECF system, which will send a copy by electronic filing to the registered participant below. A copy was also mailed this 9th day of August, 2019 to the following:

Charles M. Pritchett
Liam E. Felsen
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202
Phone: (502) 589-5400
Fax: (502) 581-1087
cpritchett@fbtlaw.com
lfelsen@fbtlaw.com
*Counsel for Defendants,*
*DuPont Industrial Biosciences USA, LLC and*
*DuPont Specialty Products USA, LLC*

Donald J. Kelly
Julie Laemmle Watts
WYATT TARRANT & COMBS LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
Phone: (502) 562-7327
Fax: (502) 589-0309
dkelly@wyattfirm.com
jwatts@wyattfirm.com
*Counsel for Defendants,*
*The Chemours Company and*
*The Chemours Company FC, LLC*

/s/ Wilson W. Greene
Wilson W. Greene
Counsel for Plaintiff